UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Jennifer Michelle Shannon, | ) | |
| | ) | CASE NO. 13-1609/jw |
| DEBTOR. | ) | NOTICE OF MOTION/APPLICATION |
| _____ | ) | AND OPPORTUNITY FOR HEARING |

     TAKE NOTICE THAT debtor, filed a MOTION TO REDEEM.  A copy of the motion and proposed order accompanies this notice.

     TAKE FURTHER NOTICE that any response, return and/or objection to the motion should be filed with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from service of motion/application and a copy simultaneously served on all parties in interest.

     TAKE FURTHER NOTICE that no hearing will be held on this motion or application unless a response, return, and/or objection is timely filed and served, in which case, the Court will conduct a hearing on April 23, 2013, at 10:30 a.m., at U.S. Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201.  No further notice of this hearing will be given.

     Dated this 19th day of March, 2013.

Address of Court:  
J. Bratton Davis United States Bankruptcy Courthouse  
1100 Laurel Street  
Columbia, South Carolina  29201  

/s/ Lex A. Rogerson, Jr.  
Lex A. Rogerson, Jr., ID #3633  
Attorney for Debtor  
P.O. Box 365  
Lexington, SC  29071  
(803) 359-5520

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 13-1609/jw |
| Jennifer Michelle Shannon, | ) | CHAPTER 7 |
| | ) | |
| | ) | MOTION TO REDEEM UNDER |
| DEBTORS | ) | 11 U.S.C. §722 |
| | ) | |

TO: THE TRUSTEE (if applicable) AND THE SECURED CREDITOR LISTED BELOW:

NAME AND ADDRESS OF SECURED CREDITOR:     Capital One Retail Services (Best Buy)
                                                                                  Attn: Bankruptcy Dept.
                                                                                  P.O. Box 5263
                                                                                  Carol Stream, IL 60197-5623

SECURITY:    SLR lens

DEBTOR'S VALUE FOR COLLATERAL: $200.00

METHOD OF VALUATION (blue book, comparable real estate sales, etc): Debtor's best estimate of market value

Prior perfected security interest: None

Amount: N/A

     The debtor hereby moves in accordance with 11 U.S.C. §506(b) to value the security held by the creditor named above and to redeem the security in accordance with 11 U.S.C. § 722.

March 19, 2013         /s/ Lex A. Rogerson, Jr.
                                     Lex A. Rogerson, Jr.
                                     Attorney for Debtor
                                     P. O. Box 365
                                     Lexington, SC  29071-0265
                                     (803) 359-5520
                                     District Court I.D. #3633

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 13-1609/jw |
| Jennifer Michelle Shannon, ) | CHAPTER 7 |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| DEBTOR. ) | |
| ) | |
| _____ ) | |

    This is to certify that I have this day served on the persons named below the NOTICE OF MOTION/APPLICATION AND OPPORTUNITY FOR HEARING, MOTION TO REDEEM and proposed ORDER GRANTING MOTION TO REDEEM in this matter by placing a copy of same in the United States Mail, postage pre-paid, in envelopes addressed as follows:

Robert F. Anderson, Trustee  
Via CM/ECF only

Capital One Retail Services (Best Buy)  
Attn: Bankruptcy Dept.  
P.O. Box 5263  
Carol Stream, IL 60197-5623

Capital One Retail Services  
PO Box 5893  
Carol Stream, IL 60197-5893

 /s/ Cynthia S. Reynolds  
Cynthia S. Reynolds, Legal Secretary

SWORN to before me this  
19th day of March, 2013.

/s/ Lex A Rogerson, Jr.  
Notary Public for South Carolina  
My commission expires: 6/23/18

Lex A. Rogerson, Jr.  
P.O. Box 365  
Lexington, SC 29071  
(803) 359-5520  
Fed. I.D. #3633